﻿Citation Nr: AXXXXXXXX
Decision Date: 06/16/20 Archive Date: 06/16/20

DOCKET NO. 190913-30454
DATE: June 16, 2020

ORDER

Entitlement to an evaluation in excess of 50 percent for posttraumatic stress disorder (PTSD) is dismissed.

FINDING OF FACT

The Veteran did not file a Notice of Disagreement (NOD) on the correct VA form prescribed by Secretary of VA (Secretary), VA Form 21-0958, to initiate an appeal to the Board under the laws in effect at the time of the September 2018 rating decision.

CONCLUSION OF LAW

The Board does not have jurisdiction over the matter of entitlement to an initial evaluation in excess of 50 percent for posttraumatic stress disorder (PTSD) and it is dismissed. 38 U.S.C. § 7105; 38 C.F.R. §§ 20.104, 20.202.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from October 2005 to July 2012.

1. Entitlement to an initial evaluation in excess of 50 percent for posttraumatic stress disorder (PTSD)

Unfortunately, the Board cannot proceed to the merits of the Veteran’s appeal. Due to a procedural error in initiating the appeal, there is no appeal for the Board to decide at this time. The Board notes that this may be particularly confusing, as a videoconference hearing was held in March 2020.

Pertinently, the Board will not accept as a Notice of Disagreement (NOD) an expression of dissatisfaction or disagreement with an adjudicative determination by the Agency of Original Jurisdiction (AOJ) and a desire to contest the result that is submitted in any format other than the form prescribed by the Secretary, including on a different VA form. 38 C.F.R. § 20.202 (d). The Board may dismiss any case over which it determines it does not have jurisdiction. 38 C.F.R. § 20.104 (c).

The AOJ issued a September 2018 rating decision granting service connection for PTSD with a 50 percent initial evaluation. This decision was issued prior to the effective date of the Appeals Modernization Act (AMA). As such, the Veteran was required to submit a VA Form 21-0958. This was made clear in the September 2018 letter providing notice of the rating decision and a VA Form 21-0958 was provided. 

The Veteran submitted a September 2019 VA Form 10182 expressing disagreement with the initial evaluation and requesting a hearing with a Veterans Law Judge. As noted, such a hearing was provided in March 2020. 

However, the VA Form 10182 is only applicable to AOJ decisions under the AMA, those issued on or after February 19, 2019. As such, the Veteran did not submit a timely NOD on the appropriate VA Form. 38 C.F.R. § 20.202 (d). As the Veteran’s NOD was not filed on the correct form prescribed by the Secretary, there is no 

 

valid NOD of record and the Board does not have jurisdiction over this issue. Thus, the Board must dismiss, without prejudice, the appeal for entitlement to an initial evaluation in excess of 50 percent for PTSD due to lack of jurisdiction. The Board is bound by the relevant statutes and regulations.

 

 

H. N. SCHWARTZ

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board W. R. Stephens, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.